IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT LACKEY
ADC #140854                                                                      PLAINTIFF

v.                             No. 5:15-cv-111-DPM-BD

WENDY KELLEY, Director, Arkansas
Department of Correction; JAMES GIBSON,
Warden, Delta Regional Unit; STANLEY
SMITH, Captain, Delta Regional Unit; LEE,
Sergeant, Delta Regional Unit; DRAGGS,
Sergeant, Delta Regional Unit; FULLBRIGHT,
Sergeant, Delta Regional Unit; WILLIAM
KIRK, Medical Administrator, Delta Regional
Unit; CONNIE HUBBARD, Medical Provider,
Delta Regional Unit; and COOK, CO-1,
Delta Regional Unit                                                              DEFENDANTS

## ORDER

Unopposed partial recommendation, № 7, adopted. FED. R. CIV. P. 72(b)(3) (1983 Addition to Advisory Committee Notes). Lackey's claims against Defendants Kelley, Smith, Fullbright, Kirk, Hubbard, and Cook are dismissed without prejudice for failure to state a claim. Lackey's excessive-force claim against Defendants Draggs and Lee is dismissed without prejudice for failure to state a claim.

So Ordered.

                                                  *[signature]*
                                                  D.P. Marshall Jr.
                                                  United States District Judge

                                                  2 July 2015