IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT LACKEY
ADC #140854                                                             PLAINTIFF

v.                              No. 5:15-cv-111-DPM

JAMES GIBSON, Warden, Delta Regional Unit              DEFENDANTS

ORDER

Unopposed recommendation, № 17, adopted. FED. R. CIV. P. 72(b)(3) (1983 Addition to Advisory Committee Notes). Gibson's motion for summary judgment, № 14, is granted. Lackey's claims against Gibson will be dismissed without prejudice for failure to exhaust.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 November 2015