IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT LACKEY
ADC #140854                                                              PLAINTIFF

v.                              No. 5:15-cv-111-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction; JAMES GIBSON,
Warden, Delta Regional Unit; STANLEY
SMITH, Captain, Delta Regional Unit; LEE,
Sergeant, Delta Regional Unit; DRAGGS,
Sergeant, Delta Regional Unit; FULLBRIGHT,
Sergeant, Delta Regional Unit; WILLIAM
KIRK, Medical Administrator, Delta Regional
Unit; CONNIE HUBBARD, Medical Provider,
Delta Regional Unit; and COOK, CO-1,
Delta Regional Unit                                                      DEFENDANTS

## JUDGMENT

1. Lackey's claims against Defendants Kelley, Smith, Fullbright, Kirk, Hubbard, Cook, Draggs, and Lee are dismissed without prejudice for failure to state a claim.

2. Lackey's claims against Gibson are dismissed without prejudice for failure to exhaust.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 November 2015